UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ASI, INC., <br><br>  Plaintiff, <br><br> VERSUS <br><br> AQUAWOOD, LLC, ET AL., <br>  Defendants. | Case No. 3:24-cv-01721 <br><br> **Related case pending in the District of Minnesota, Case No. 0:19-cv-00763-JRT-DTD** |

## MOTION TO ENFORCE DOCUMENT SUBPOENA

Plaintiff and Movant, ASI, INC., ("Aviva") hereby moves this Court to order Respondent, JPMorgan Chase Bank, N.A., ("Chase") to obey and produce documents in response to a subpoena that Aviva issued to Chase on July 17, 2024.

Aviva makes this motion on the grounds that it properly issued and served a subpoena for documents on Chase in accordance with Rule 45 of the Federal Rules of Civil Procedure but Chase has neither produced documents in response to the subpoena nor provided any reasonable or adequate excuse for failing to respond to the subpoena. Aviva seeks the requested documents from Chase for use in a civil RICO action pending in the United States District Court for the District of Minnesota and entitled *ASI, Inc. v. Aquawood, LLC*, Case No. 0:19-cv-00763-JRT-DTS (D. Minn. filed Mar. 19, 2019) (the "RICO Action"). As set forth, below, in the Certificate of Conference, counsel for Aviva have attempted to meet and confer with Chase regarding its failure to obey the subpoena, but Chase has refused to meet and confer. Accordingly, Aviva the should Court grant this motion and order Chase to produce all documents requested by Aviva's subpoena.

Aviva brings this motion pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Aviva bases this motion on the accompanying Memorandum in Support of Motion to Enforce Document Subpoena; the Declaration of Tom Oster, which is attached to the Memorandum; and the *Ex Parte* Motion to Seal Confidential Document, which Aviva is filing contemporaneously with this motion.

          Respectfully submitted,

          /s/ Joshua S. Force
          JOSHUA S. FORCE (# 21975)
          BRANDON W. KEAY (# 36528)
          **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
          909 Poydras Street, 28th Floor
          New Orleans, Louisiana 70112-1033
          Telephone:  (504) 299-2100
          Facsimile:  (504) 299-2300
          Email:  jforce@shergarner.com
                  bkeay@shergarner.com

          – and –

          STEPHEN A. WEISBROD (*pro hac vice* forthcoming)
          THOMAS R. OSTER (*pro hac vice* forthcoming)
          **WEISBROD MATTEIS & COPLEY PLLC**
          1200 New Hampshire Avenue, NW, 4th Floor
          Washington, DC  20036
          Telephone:  (202) 499-7900
          Facsimile:  (267) 930-4771
          Email:  sweisbrod@wmclaw.com
                  toster@wmclaw.com

          Attorneys for Plaintiff and Movant
          ASI, INC.

## **LR 7.4.1. CERTIFICATE OF CONFERENCE**

As detailed in the Declaration of Tom Oster, which is attached, as Exhibit C, to Aviva's memorandum in support of this motion, Aviva has attempted, in good faith, to confer with Chase regarding its failure to respond to the subpoena, but Chase has been non-responsive, refusing to meet and confer.  *See* Exhibit C to Mem. in Supp., Decl. of Tom Oster ¶¶ 3-8.  Chase responded initially to the subpoena by leaving a voicemail for Aviva's counsel, requesting that Aviva provide additional information for it to respond to the subpoena.  Subsequently, Chase indicated that it would close its response to the subpoena, unless it was provided with the additional information.  Although Aviva's counsel provided other secondary identification information to Chase, including names, email addresses, street addresses, and domain names associated with the SLB Companies and noted that some of the document requests did not involve the additional requested information (e.g., communications), Chase did not produce any documents in response to the subpoena.  Aviva's counsel asked Chase to meet and confer on December 5 or 6, 2024, but Chase did not respond at all to that request, thereby refusing to meet and confer.

        /s/ Joshua S. Force
JOSHUA S. FORCE

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the above and foregoing Memorandum in Support of Motion to Enforce Document Subpoena has been served upon the Respondent via United States First Class Mail, properly addressed and postage pre-paid, and upon the parties to the underlying lawsuit via electronic mail, this 11th day of December 2024.

                                                                          /s/ Joshua S. Force
                                                                          JOSHUA S. FORCE