UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ASI, INC.,<br><br>          Plaintiff,<br><br>VERSUS<br><br>AQUAWOOD, LLC, ET AL.,<br>          Defendants. | Case No. 3:24-cv-01721<br><br>**Related case pending in the District of Minnesota, Case No. 0:19-cv-00763-JRT-DTD** |

## ORDER GRANTING MOTION TO ENFORCE DOCUMENT SUBPOENA

Considering the foregoing Motion to Enforce Document Subpoena filed by Plaintiff and Movant, ASI, INC., ("Aviva") and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion to Enforce Document Subpoena is **GRANTED** and Respondent, JPMorgan Chase Bank, N.A., ("Chase") is ordered to respond and produce all documents requested by the subpoena issued to, and served, on Chase on or about July 17, 2024 within thirty (30) days of this order.

Monroe, Louisiana, this \_\_\_\_\_ of December 2024.

_____
JUDGE